UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR04-297 MJP |
|---|---|
| Plaintiff, | |
| v. | PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| MARCIA SELEH, | |
| Defendant. | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on November 30, 2005. The United States was represented by Leonie Grant. The defendant was represented by Peter Avenia. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Importation of a Controlled Substance, Marijuana on or about May 27, 2003. The Hon. Marsha J. Pechman of this court sentenced Defendant to 16 months of confinement, followed by 3 years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

//

//

PROPOSED FINDINGS
PAGE -1-

## DEFENDANT'S ADMISSION

USPO Monique Neal alleged that Defendant violated the conditions of supervised release in respect:

(1)     Failing to successfully complete placement of a comprehensive sanction center by being terminated from the Tacoma Sanction Center, in violation of the special condition that she participate in the program for up to 120 days.

At an initial hearing, I advised the defendant of these charges and of her constitutional rights.  At today's hearing Defendant admitted the violation, waived any hearing as to whether it occurred, and, consented to having the matter set for a disposition hearing before the Hon. Marsh M. Pechman.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of her supervised release as alleged and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 5th day of December, 2005.


MONICA J. BENTON
United States Magistrate Judge


cc:   Sentencing Judge          :     Hon. Marsha J. Pechman
      Assistant U.S. Attorney   :     Leonie Grant
      Defense Attorney          :     Peter Avenia
      U. S. Probation Officer   :     Marcia Seleh

PROPOSED FINDINGS
PAGE -2-