Magistrate Judge Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>MARCIA SELCH,<br><br>             Defendant. | NO. CR04-297P<br><br>ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE |

TO:     The United States Marshal and any Authorized United States Officer:

Based upon the July 5, 2006, issuance of a Warrant for Arrest for defendant MARCIA SELCH, authorized by United States District Judge Ricardo S. Martinez after review of a sworn Petition for Warrant or Summons for Offender Under Supervision, dated July 5, 2006, and that Court having found there is probable cause to believe defendant MARCIA SELCH has violated the terms and conditions of her supervised release, and based further upon the defendant's inability to appear for an initial appearance in this matter due to her present medical condition,

It is therefore ORDERED:

1. You are directed to bring defendant before the nearest United States Magistrate Judge for initial appearance on Monday, July 10, 2006, at 2:30 p.m., assuming defendant's medical condition will allow her transport for that hearing; and

////

////

ORDER OF DETENTION PENDING
INITIAL APPEARANCE/SELCH - 1
CR04-297P

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   IT IS FURTHER ORDERED:

2   2.   That defendant MARCIA SELCH shall be held in custody pending that appearance.

3

4

5   Mary Alice Theiler                                  United States Magistrate Judge
    _____                              _____
6   Name of Issuing Officer                             Title of Issuing Officer

7

8                                                       July 7, 2006, Seattle, Washington
    s/ MARY ALICE THEILER                               _____
9   Signature of Issuing Officer                        Date, Time, and Location

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF DETENTION PENDING
INITIAL APPEARANCE/SELCH - 2
CR04-297P